IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID TUNDELL

   Plaintiff,         CASE NO.:  3:06cv375/MCR/MD

vs.

MERCK & CO., INC.

   Defendant.
_____/

**O R D E R**

IT IS HEREBY ORDERED that:

1. Plaintiff's Rule 41(a)(1) Notice of Voluntary Dismissal is VACATED.

2. The above-captioned matter is hereby DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(a)(2).

**DONE and ORDERED** this 29th day of October, 2007.

        *s/ M. Casey Rodgers*
        **M. CASEY RODGERS**
        **UNITED STATES DISTRICT JUDGE**